# Title VII Violation Summary

This memorandum outlines violations of Title VII of the Civil Rights Act of 1964 by Lumbee River Electric Membership Corporation (LREMC), based on the retaliatory and discriminatory actions taken against David Spencer, an African American male, following his protected activity of reporting workplace harassment.

## 1. Protected Activity

On May 16, 2024, Mr. Spencer engaged in a protected activity under Title VII by reporting harassing conduct by his supervisor, Ruby Clark Quick, to both the President and CEO, and the Vice President of Human Resources at LREMC. This report, and the formal grievance that followed, constitute activities protected under federal law.

## 2. Adverse Employment Action

Following the protected activity, Mr. Spencer was subjected to retaliatory behavior, including a hostile work environment, a questionable internal investigation based on an anonymous complaint, and ultimately, termination on September 9, 2024. These constitute adverse employment actions.

## 3. Causal Connection

The proximity between the protected grievance (May 2024) and the termination (September 2024), along with retaliatory conduct and inconsistencies in internal procedures, supports a causal connection between Mr. Spencer's protected activity and his dismissal.

## 4. Disparate Treatment and Discrimination

Mr. Spencer was the only Black male and the only individual terminated in connection with the events described. In contrast, his supervisor—who had multiple complaints filed against her—remained employed. This indicates racially motivated disparate treatment in violation of Title VII.

## 5. Employer's Failure to Prevent Retaliation

Despite Mr. Spencer's report, LREMC failed to remove him from the supervision of Ms. Quick, failed to prevent further retaliation, and failed to provide transparency regarding the complaints against him. These omissions reflect negligent oversight and tacit approval of retaliatory conduct.

## Conclusion

The facts support that LREMC violated Title VII by retaliating against Mr. Spencer for reporting harassment and by treating him differently based on his race. These actions constitute unlawful employment practices under Sections 703(a) and 704(a) of Title VII of the Civil Rights Act of 1964.