# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
(984) 275-4800
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/18/2025

**To:** David Spencer
12721 Blues Farm Rd
Laurinburg, NC 28352
Charge No: 433-2025-00622

EEOC Representative and email:     Arely Futrell
Investigator
arely.futrell@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 433-2025-00622.

On behalf of the Commission,

**Stephen Karanja**
Digitally signed by Stephen Karanja
Date: 2025.06.18 08:27:05 -04'00'

For/Johnnie Barrett
Area Office Director

**Cc:**
Marie Hussey
Lumbee River Electric Membership Corporation
P.O. Box 4210
Pembroke, NC 28372

Incident Location
Lumbee River Electric Membership Corporation
6090 NC HWY 711
Pembroke, NC 28372

Aaron Christensen
Smith and Christensen, PLLC
PO Box 220247
Charlotte, NC 28222

Lawrence Wooden Esq.
10130 Mallard Creek Road Suite 300
Charlotte, NC 28262


Please retain this notice for your records.