

David L. Spencer
12721 Blues Farm Rd
Laurinburg, NC 28352

CERTIFIED MAIL
9589 0710 5270 2936 8839 21

RECEIVED
SEP 05 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

CSO
9/5/25

Clerk of Court
US District Court
Eastern District of North Carolina
301 Green Street, 3rd Floor
Fayetteville, NC 28301

U.S. POSTAGE PAID
FCM LG ENV
LUMBERTON, NC 28358
SEP 02, 2025
$7.74
S2322P500517-05

