IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| David L. Spencer,<br><br>      Plaintiff,<br><br>v.<br><br>Lumbee River Electric Membership Corporation,<br><br>      Defendant. | C/A No.: 7:25-cv-01502-M-BM<br><br>DEFENDANT'S<br>RULE 12(b)(6) MOTION TO DISMISS |

**COMES NOW** Defendant Lumbee River Electric Membership Corporation ("Cooperative" or "LREMC"), through the undersigned counsel, and respectfully moves the Court to dismiss all claims set forth in the Complaint with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant states the following in support of this Motion:

Plaintiff David L. Spencer alleges that his former employer, Defendant Lumbee River Electric Membership Corporation, terminated him from his employment for reporting "harassment," and because of his race (Black) and sex, all in violation of Title VII of the Civil Rights Act of 1964. However, Plaintiff fails to plead factual content that would allow the Court to draw reasonable inferences of unlawful employment discrimination and therefore fails to state any viable claim.

On the question of retaliation, Plaintiff fails to plead that he ever reported any conduct that could be seen as a civil rights violation and, further, cannot satisfy the causation element of the claim. Similarly, on his discrimination theories, Plaintiff fails to establish any plausible claim that LREMC terminated his employment based on his race or sex.

This Motion is supported by Defendant's corresponding memorandum of law, which is incorporated herein as if it were fully re-stated, and the attached Exhibits 1-3, also incorporated herein.

Respectfully filed this the 19th day of November 2025.

/s/Aaron M. Christensen
Aaron M. Christensen
N.C. Bar No. 21663
Smith & Christensen, PLLC
P.O. Box 220247
Charlotte, North Carolina 28222
Phone: 704.927.2042
E-mail: christensen@smithchrist.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| David L. Spencer,<br><br>    Plaintiff,<br><br>    v.<br><br>Lumbee River Electric Membership Corporation,<br><br>    Defendant. | C/A No.: 7:25-CV-01502-M<br><br><br>DEFENDANT'S<br>RULE 12(b)(6) MOTION TO DISMISS |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Rule 12(b)(6) Motion to Dismiss* in the above-entitled proceeding has this day been served upon Plaintiff via ECF; via email (its_dynamic@yahoo.com); and via US Mail, addressed as follows:

    David Spencer
    12721 Blues Farm Rd
    Laurinburg, NC 28352

Dated this the 19th day of November 2025.

                                                 /s/Aaron M. Christensen
                                               Aaron M. Christensen
                                               N.C. Bar No. 21663
                                               Smith & Christensen, PLLC
                                               P.O. Box 220247
                                               Charlotte, North Carolina 28222
                                               Phone: 704.927.2042
                                               E-mail: christensen@smithchrist.com
                                               *Attorney for Defendant*

3

Case 7:25-cv-01502-M-BM   Document 6   Filed 11/19/25   Page 3 of 3