FILED
SEP 0 5 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___MM___ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
Southern Division

David L. Spencer

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lumbee River Electric Membership Coorporation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 7:25-cv-01502-M
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Spencer |
| Street Address | 12721 Blues Farm Rd |
| City and County | Laurinburg Scotland County |
| State and Zip Code | NC 28352 |
| Telephone Number | 9108272961 |
| E-mail Address | its_dynamic@yahoo.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name     Lumbee River Electric Membership Coorporation
    Job or Title *(if known)*
    Street Address     6090 NC HWY 711
    City and County     Pembroke, Robeson
    State and Zip Code     North Carolina 28372
    Telephone Number     (910) 843-4131
    E-mail Address *(if known)*

Defendant No. 2

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Lumbee River Electric Membership Coorporation |
| Street Address | 6090 NC HWY 711 |
| City and County | Pembroke, Robeson |
| State and Zip Code | North Carolina 28372 |
| Telephone Number | (910) 843-4131 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
September 9, 2024

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race
- [✓] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See Attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 19, 2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 06/18/2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back pay and lost benefits in the amount of approximately $30,000 representing wages and benefits lost due to the unlawful termination.

The Costs of this action, including court fees, filing fees, and other out-pocket expenses, estimated at $2,000;

An order requiring Defendant to undergo training and implement policies to prevent future retaliation or discrimination.

*Any other relief deemed appropriate by court*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/5/2025

Signature of Plaintiff

Printed Name of Plaintiff    David L. Spencer

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

## Title VII Violation Summary

This memorandum outlines violations of Title VII of the Civil Rights Act of 1964 by Lumbee River Electric Membership Corporation (LREMC), based on the retaliatory and discriminatory actions taken against David Spencer, an African American male, following his protected activity of reporting workplace harassment.

### 1. Protected Activity

On May 16, 2024, Mr. Spencer engaged in a protected activity under Title VII by reporting harassing conduct by his supervisor, Ruby Clark Quick, to both the President and CEO, and the Vice President of Human Resources at LREMC. This report, and the formal grievance that followed, constitute activities protected under federal law.

### 2. Adverse Employment Action

Following the protected activity, Mr. Spencer was subjected to retaliatory behavior, including a hostile work environment, a questionable internal investigation based on an anonymous complaint, and ultimately, termination on September 9, 2024. These constitute adverse employment actions.

### 3. Causal Connection

The proximity between the protected grievance (May 2024) and the termination (September 2024), along with retaliatory conduct and inconsistencies in internal procedures, supports a causal connection between Mr. Spencer's protected activity and his dismissal.

### 4. Disparate Treatment and Discrimination

Mr. Spencer was the only Black male and the only individual terminated in connection with the events described. In contrast, his supervisor—who had multiple complaints filed against her—remained employed. This indicates racially motivated disparate treatment in violation of Title VII.

### 5. Employer's Failure to Prevent Retaliation

Despite Mr. Spencer's report, LREMC failed to remove him from the supervision of Ms. Quick, failed to prevent further retaliation, and failed to provide transparency regarding the complaints against him. These omissions reflect negligent oversight and tacit approval of retaliatory conduct.

### Conclusion

The facts support that LREMC violated Title VII by retaliating against Mr. Spencer for reporting harassment and by treating him differently based on his race. These actions constitute unlawful employment practices under Sections 703(a) and 704(a) of Title VII of the Civil Rights Act of 1964.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
(984) 275-4800
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/18/2025

To: David Spencer
12721 Blues Farm Rd
Laurinburg, NC 28352
Charge No: 433-2025-00622

EEOC Representative and email:   Arely Futrell
Investigator
arely.futrell@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 433-2025-00622.

On behalf of the Commission,

**Stephen Karanja**
Digitally signed by Stephen Karanja
Date: 2025.06.18 08:27:05 -04'00'

For/Johnnie Barrett
Area Office Director

Cc:
Marie Hussey
Lumbee River Electric Membership Corporation
P.O. Box 4210
Pembroke, NC 28372

Incident Location
Lumbee River Electric Membership Corporation
6090 NC HWY 711
Pembroke, NC 28372

Aaron Christensen
Smith and Christensen, PLLC
PO Box 220247
Charlotte, NC 28222

Lawrence Wooden Esq.
10130 Mallard Creek Road Suite 300
Charlotte, NC 28262

Please retain this notice for your records.

# UNITED STATES DISTRICT COURT

for the Eastern District of North Carolina

David L. Spencer

*Plaintiff(s)*

v.

Lumbee River Electric Membership Corporation

*Defendant(s)*

Civil Action No. 7:25-cv-01502-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lumbee River Electric Membership Corporation
6090 NC Highway 711
Pembroke, NC 28372

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr.
CLERK OF COURT

Date: 9/16/2025

*Signature of Clerk or Deputy Clerk*