# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **David Spencer c/o Attorney Lawrence Wooden** **lwooden@wbvlaw.com** | **704-665-5838** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **10130 Mallard Creek Rd. Suite 300** | **Charlotte, NC, 28262** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Lumbee River Electric Membership Corporation** | **>15** | **910-843-4131** |

| Street Address | City, State and ZIP Code |
|---|---|
| 6090 NC Hwy 711 Pembroke, NC 28372 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **May 16, 2024**  Latest: **Sept. 9, 2024**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/19/2024
Date

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Complainant is an African American male and was employed with Employer for about 3 years. Complainant performed his role above satisfactory and was recently promoted effective January 2024. He also received a bonus on the work he performed for a subsidiary of Lumbee. On or about May 20, 2024, complainant complained to the President and CEO and Human Resources of harassing treatment by complainant's supervisor, Ruby Clark Quick, a Native American Female. Complainant also filed an internal grievance. Complainant was informed by both that the matter was being investigated. On or about May 29, 2024, Complainant was informed by HR that the matter had been resolved without giving him any details on the resolution. Complainant was still required to report to his supervisor Ms. Quick. The leadership informed Ms. Quick of Complainant's complaint as she put Complainant on notice that she knew about his complaint.

The leadership performs devotions every Monday morning. After making the complaint about the harassing treatment of Ms. Quick, Complainant stopped attending regularly. Leadership at Lumbee frowns upon employees who fail to attend the devotions. Complainant was asked about not being seen regularly at the devotions. The devotions are not just prayers but tend evolve into discussions about employees personal health situations, complaining about LGBTQ issues and other matters. Complainant no longer felt comfortable attending these devotions as he did not believe they aligned with his personal religious views.

On or about August 9, 2024, Complainant became aware of an employee being authorized to use a company vehicle for personal use. Complainant immediately notified Ms. Quick of this matter. Ms. Quick's response was why do people care. Complainant informed her that the policies should be enforced equally and no persons should be receiving any special treatment. Complainant received no information about how this matter would investigated or addressed, he only received a response from Ms. Quick indicating that the matter had been addressed.

During the week of August 26, 2024, Complainant was made aware of an investigation against him. Complainant became aware of the investigation from another concerned employee. Complainant contacted the President after becoming aware of the investigation and the President told him to contact VP of HR. The VP of HR informed Complainant that an unnamed individual made a complaint stating that Complainant was being negative about leadership during a meeting he led. HR allegedly interviewed five people from that meeting. Complainant was not made aware that there was an issue from that meeting or of the investigation. Per company policy, Complainant should have been made aware of the investigation. Complainant was terminated on September 9, 2024.

Lumbee violated Complainant's rights under Title VII by discriminating against him based on Race, Sex and Religion and retaliating against him for exercising those rights. Complainant's termination was a result of this discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/19/2024 *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|
| | | and EEOC |

*State or local Agency, if any*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/19/2004 _____<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |